UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        No. 1:24-mj-118

    Plaintiff,

v.

**COMPLAINT**
**PENALTY SHEET**

BRADLEY ARKESTEYN,

    Defendant.
_____/

## CHARGE 1 – Distribution or Receipt of Child Pornography – 18 U.S.C. § 2252A(a)(2)(A)

**Minimum Penalty:** 5 years [18 U.S.C. § 2252A(b)(1)]

**Maximum Penalty:** 20 years and $250,000 fine
[18 U.S.C. § 3571; Class C felony, 18 U.S.C.§ 3559]

**Minimum Supervised Release:** 5 years [18 U.S.C. § 3583(k)]

**Maximum Supervised Release:** Life [18 U.S.C. § 3583]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Special Assessments**: $100, $5,000, and up to $35,000
[18 U.S.C. §§ 3013, 3014, and 2259A]

**Other**: Sex Offender Registration

## CHARGE 2 - Possession of Child Pornography – 18 U.S.C. § 2252A(a)(5)(B)

**Maximum Penalty:** 20 Years [18 U.S.C. § 2252A(b)(2)] and $250,000 fine [18 U.S.C. § 3571]

**Minimum Supervised Release:** 5 Years [18 U.S.C. § 3583(k)]

**Maximum Supervised Release:** Life
[18 U.S.C. § 3583(k); Class C Felony, 18:3559]

**Special Assessments**: $100 + $5,000 + up to $17,000 [18 U.S.C §§ 3013, 3014, 2259A]

**Restitution**: Mandatory [Mandatory 18 U.S.C. § 3663A]

**Other**:  Sex Offender Registration


| Date:  March 20, 2024 | /s/ Stephen P. Baker |
|---|---|
| | Counsel for the United States |

Submitted in accordance with Admin Order 17-MS-046