UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRADLEY ARKESTEYN,

    Defendant.
_____/

Hon. Sally J. Berens

Case No. 1:24-mj-00118

**ORDER**

Based on facts I have learned after the entry of the criminal complaint and the initial appearance in this matter on March 20, 2024, I recuse myself under 28 U.S.C. § 455(a). The Clerk of Court shall reassign this case to another magistrate judge in accordance with the approved procedure.

IT IS SO ORDERED.

Dated: March 22, 2024

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge